■    HERZFELD & RUBIN, P. C., Appellant, v BANDLER & KASS, as Escrowees, et al., Respondents, et al., Defendant.—Judgment of the Supreme Court,

Queens County, entered March 18, 1977, and order of the same court, dated October 13, 1978, both affirmed. No opinion. Appeal from a decision of the same court, dated February 14, 1977, dismissed. No appeal lies from a decision. Respondents are awarded one bill of $50 costs and disbursements to cover all appeals. Titone, J. P., Gibbons, Gulotta and Martuscello, JJ., concur.